1  MICHAEL G. SCHINNER (SBN 142363)
   MARIE G. QUASHNOCK (SBN 153567)
2  JAY T. JAMBECK (SBN 226018)
   THE SCHINNER LAW GROUP
3  96 Jessie Street
   San Francisco, CA 94105
4  Telephone: (415) 369-9050
   Facsimile: (415) 369-9053
5  Email: jambeck@schinner.com

6  Attorneys for Defendant,
   H.T. OIL, LLC
7

8

9

10           IN THE UNITED STATES DISTRICT COURT

11         FOR THE NORTHERN DISTRICT OF CALIFORNIA

12

13 | DAVID A. RAE and DIANNE M. RAE, | Case No. C 05-2263 MEJ
   | Trustees of the Rae 1998 Family Trust, |
14 | McARTHY OIL, LLC, a California Limited | STIPULATION TO REMAND CASE TO
   | Liability Company, and RUDIGER WOLF, | THE SUPERIOR COURT OF
15 |                                        | CALIFORNIA, COUNTY OF ALAMEDA
   |        Plaintiffs,                     |
16 |                                        | AND ORDER THEREOF;
   |                                        |
17 | vs.                                    | ORDER FOR CLERK OF COURT
   |                                        | TO CLOSE FILE.
18 | H.T. OIL, LLC, a Delaware Limited Liability |
   | Company,                               |
19 |                                        |
   |        Defendant.                      |
20

21

22   Defendant H.T. OIL, LLC, a Delaware Limited Liability Company ("H.T. OIL"), and

23 Plaintiffs DAVID A. RAE and DIANNE M. RAE, Trustees of the Rae 1998 Family Trust,

24 McARTHY OIL, LLC, a California Limited Liability Company, and RUDIGER WOLF hereby

25 stipulate to remand this entire action to the Superior Court of California, County of Alameda.

26

27

28

                                    1

| | |
|---|---|
| DATED: June 17, 2005 | THE SCHINNER LAW GROUP<br><br>By: _____<br>JAY T. JAMBECK, ESQ.<br>Attorneys for Defendant H.T.<br>OIL, LLC |
| DATED: June ___, 2005 | KING AND KELLEHER, LLP<br><br>BY: _____<br>Attorneys for Plaintiffs<br>DAVID A. RAE and<br>DIANNE M. RAE, Trustees<br>of the Rae 1998 Family Trust,<br>McARTHY OIL, LLC, a<br>California Limited Liability<br>Company, and RUDIGER<br>WOLF |

ORDER

Pursuant to stipulation, this case is hereby REMANDED to the Superior Court of California, County of Alameda. The Clerk of Court is hereby ORDERED to close the file.

IT IS SO ORDERED.

DATE: June 29, 2005



IT IS SO ORDERED
Magistrate Judge Maria-Elena James