IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID A. RAE, et al., | Case No. C 05-2263 MEJ |
| Plaintiffs, | ORDER DIRECTING THE CLERK TO CLOSE THE FILE |
| vs. | |
| H.T. OIL, LLC | |
| Defendants | |

On June 29, 2005, this Court granted remanded this case to THE SUPERIOR COURT OF CA, COUNTY OF ALAMEDA (Docket # 5). Therefore, the Court hereby ORDERS the Clerk of the Court to close the file.

**IT IS SO ORDERED.**

Dated: September 30, 2008

MARIA-ELENA JAMES
United States Magistrate Judge